IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DIANE LISCAR and ERIC LISCAR,    *

    Plaintiffs,    *

vs.    *

                                          CASE NO. 4:12-CV-8 (CDL)

PEDIATRIC   ACUTE   CARE   OF *
COLUMBUS, P.C., BEN OVERBY, and
KIM OVERBY,    *

    Defendants.    *

_____

O R D E R

    Defendant   Pediatric   Acute   Care   of   Columbus,   P.C.
("Defendant")  moves  the  Court  to  compel  non-party  Martin  Army
Community  Hospital  ("Hospital")  to  produce  documents  and  respond
to  discovery  pursuant  to  Federal  Rule  of  Civil  Procedure  37  and
Local  Rule  37.   Defs.'  Mot.  to  Compel  Docs.  Against  Non-Party
Martin  Army  Community  Hospital  1,  ECF  No.  16  [hereinafter  Mot.
to  Compel].   On  March  28,  2012  and  April  12,  2012,  the  Hospital
received  Defendant's  Subpoenas  to  Produce  Documents,  seeking
Plaintiffs  Diane  Liscar  and  Eric  Liscar's  medical  records.   Mot.
to  Compel  Ex.  A,  Subpoena,  ECF  No.  16-1  (seeking  D.  Liscar's
medical  records);  Mot.  to  Compel  Ex.  B.,  Letter  from  C.
Schondelmayer  to  Hospital  (Apr.  11,  2012),  ECF  No.  16-2  at  1
(seeking  E.  Liscar's  medical  records);  Mot.  to  Compel  Ex.  B,
Subpoena,  ECF  No.  16-2  at  2  (same).   On  June  8,  2012,  Defendant

sent a letter to the Hospital detailing its efforts to receive a response to the subpoenas and stating that because it had received no response to the subpoenas, Defendant would be forced to ask the Court to compel the Hospital to produce the requested records if the Hospital did not produce them by June 15, 2012. Mot. to Compel Ex. C, Letter from C. Schondelmayer to Hospital (June 8, 2012) 1, ECF No. 16-3. Defendant has still not received a response to the subpoenas from the Hospital. Mot. to Compel ¶ 4.

The Court finds that the Hospital should be compelled to produce the records requested by Defendant's subpoenas. Accordingly, the Court orders the Hospital to produce the requested medical records within twenty one days of being served with today's Order.

Further, the Court orders the Hospital to show cause within twenty one days of service of this Order why it should not be required to pay Defendant's fees and expenses incurred in filing its Motion to Compel. *See* Fed. R. Civ. P. 37(a)(5)(A).

Counsel for Defendant is ordered to serve this Order on Martin Army Community Hospital by sending a copy of the Order to the person at the Hospital on whom Defendant served the subpoenas and by sending a copy of this Order to the United States Attorney for the Middle District of Georgia. Contemporaneously with the service of today's order, Defendant

shall also serve upon Martin Army Community Hospital and the United States Attorney for the Middle District of Georgia Defendant's motion to recover its expenses and fees, including a breakdown of the fees and expenses it seeks along with all evidence supporting the request.

IT IS SO ORDERED, this 25th day of July, 2012.

S/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE